No. 1766. CARLOS CID & CÍA., APELADA, v. PORTO RICO CONSTRUCTION Co., APELANTE.—Resolución de venta y daños y perjuicios; reconsideración. San Juan, Sección 1ª. Noviembre 11, 1918. *No ha lugar a la reconsideración solicitada.*

---

No. 1837. MÉNDEZ, APELANTE, v. EL BANCO COMERCIAL DE PUERTO RICO, APELADO.—Daños y perjuicios; reconsideración. San Juan, Sección 1ª. Noviembre 11, 1918. *No ha lugar a la reconsideración solicitada.*

---

No. 1936. DAMIÁN, APELADO, v. MULLER, APELANTE.—Desahucio. Mayagüez. Noviembre 12, 1918. *Desestimada la apelación.*

---

No. 1288. EL PUEBLO, APELADO, v. RODRÍGUEZ, APELANTE.—Calumnia e injuria (*slander*). Humacao. Noviembre 12, 1918. *Confirmada la sentencia apelada, pero modificándola en el sentido de que el acusado deberá sufrir un día de cárcel por cada dollar de multa que dejare de satisfacer.*

---

No. 1292. EL PUEBLO, APELADO, v. CRUZ (a) POETA, APELANTE.—Acometimiento y agresión grave. Humacao. Noviembre 12, 1918. *Confirmada la sentencia apelada.*

---

No. 240. ZENTENO, PETICIONARIA, v. SEPÚLVEDA, JUEZ DISTRITO PONCE, DEMANDADO.—*Certiorari.* Noviembre 12, 1918. *No ha lugar.*